# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR247 |
| vs. | |
| JOSHUA D. SMITH, | ORDER |
| Defendant. | |

This matter came before the Court on Defendant's Waiver of Personal Appearance at Arraignment (Filing No. 8). Having considered Federal Rule of Criminal Procedure 10(b), the Court grants Defendant's waiver of personal appearance and accepts his plea of not guilty. A combined Initial Appearance and Change of Plea Hearing are set for October 10, 2017, at 10:30 a.m., at which time Defendant shall appear before the Court in person.

**IT IS SO ORDERED.**

Dated this 18th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge